458 A.2d 268

Yesko, Appellant (at No. 782) v. Baille Industries, Inc., et al.

Yesko v. Baille Industries, Inc., et al., Appellant.

Yesko v. Baille Industries, Inc., et al.

Appeal of Baille Industries, Inc.

Petition for Allowance of Appeal
Denied July 11, 1983.

Argued June 15, 1982. James Cole, for Yesko, appellant (at No. 782) and appellee (at Nos. 814 and 818); David B. Adams, for Borough of Forest Hills, appellant (at No. 814) and appellee (at Nos. 782 and 818); James E. Coyne, for Baille Industries, appellant (at No. 818) and appellee (at Nos. 782 and 814); Jeffrey T. Morris, for Atomatic Manufacturers, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.